IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDY THOMAS and KAREN JOHNSON, § § § | |
| Plaintiffs, § § | |
| V. § | Civil Action No. 3:12-cv-5014-M (BF) |
| § | |
| DUETSCHE BANK NATIONAL TRUST COMPANY and OCWEN LOAN SERVICING, LLC, § § § § | |
| Defendants. | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 21, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' Motion to Dismiss (Doc. 5) is DENIED without prejudice as moot.

**SO ORDERED** this 25th day of February, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS