IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY THOMAS and<br>KAREN JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE FOR GSRPM<br>TRUST 2006-2 MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES<br>2006-2 and OCWEN LOAN SERVICING,<br>LLC,<br><br>    Defendants. | §§§§§§§§§§§§§§§ | No. 3:12-CV-5014-M (BF) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants Deutsche Bank National Trust Company, as Trustee for GSRPM Trust 2006-2 Mortgage Pass-Through Certificates, Series 2006-2, and Ocwen Loan Servicing, LLC's Motion for Summary Judgment (Doc. 22) is GRANTED, and all of Plaintiffs' claims and causes of action are DISMISSED with prejudice.

SO ORDERED this 2nd day of July, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS